IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GRAVLEY, JR., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 09-1326 |
| ) | |
| v. ) | Chief Judge Lancaster |
| ) | Magistrate Judge Bissoon |
| JEFFREY BEARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Steven Gravely's complaint pursuant to 42 U.S.C. § 1983 was submitted to the Court on September 29, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 2, 2010, recommended that the Plaintiff's Motion to File Supplemental Complaint (Doc. 12) be denied without prejudice to his right to raise his claims in a new action. A copy of the Report and Recommendation was sent to Plaintiff by First Class United States Mail to his place of confinement. Objections were due on or before February 16, 2010, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29 day of March, 2010, IT IS HEREBY ORDERED that Plaintiff's Motion to File Supplemental Complaint (Doc. 12) is DENIED without prejudice to his right to raise his claims in a new action. The Report and Recommendation filed by Magistrate Judge Bissoon (Doc. 23) is adopted as the Opinion of the Court.

Gary L. Lancaster
Chief United States District Court Judge

cc:
STEVEN GRAVLEY, JR.
GH7466
S.C.I. at Fayette
50 Overlook Drive
Labelle, PA 15450