# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| STEVEN GRAVLEY, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 09-1326 |
| v. | ) | Chief Judge Lancaster |
| | ) | Magistrate Judge Bissoon |
| JEFFREY BEARD, *et al.*, | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Plaintiff Steven Gravley, Jr.'s complaint, which alleges violations of the Civil Rights Act of 1871, 42 U.S.C. §§ 1983 and 1985, as well as various State tort laws, was filed on September 29, 2009. This case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on August 31, 2010, recommended that the Defendants' Motions to Dismiss (Doc. 24) be converted into a motion for summary judgment and granted. A copy of the Report and Recommendation was served on Plaintiff by First Class United States Mail to his address of record. The parties were allowed until September 14, 2010, to file objections. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 23rd day of Sept, 2010,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (Doc. 24) is converted into a motion for summary judgment and GRANTED. Plaintiff's Complaint (Doc. 3) is DISMISSED with respect to all Defendants. The Report and Recommendation of Magistrate Judge Bissoon (Doc. 35), dated August 31, 2010, is adopted as the opinion of the court.

Gary L. Lancaster
Chief United States District Judge

cc:
**STEVEN GRAVLEY, JR.**
GH7466
Box A
Bellefonte, PA 16823